(131 So. 923)

**Dolphus MARTIN v. STATE.**
6 Div. 921.

Court of Appeals of Alabama.
Dec. 5, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(132 So. 920)

**Edgar MASHBURN v. STATE.**
7 Div. 547.

Court of Appeals of Alabama.
Jan. 20, 1931.

BRICKEN, P. J.
Reversed and remanded by consent.

(138 So. 923)

**Maggie MATHEWS v. STATE.**
4 Div. 824.

Court of Appeals of Alabama.
Nov. 17, 1931.

Rehearing Dismissed Jan. 12, 1932.

SAMFORD, J.
Affirmed.

(135 So. 924)

**J. H. MATTHEWS v. S. L. SMITH, Jr.**
6 Div. 18.

Court of Appeals of Alabama.
June 8, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(130 So. 924)

**Willie MAVERICK v. STATE.**
2 Div. 455.

Court of Appeals of Alabama.
Nov. 5, 1930.

RICE, J.
Affirmed.

(134 So. 922)

**Earl MAYFIELD v. STATE.**
8 Div. 401.

Court of Appeals of Alabama.
May 26, 1931.

SAMFORD, J.
Affirmed.

(131 So. 923)

**Jesse MEEK v. STATE.**
4 Div. 710.

Court of Appeals of Alabama.
Nov. 25, 1930.

J. C. Fleming, of Elba, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

RICE, J.
Affirmed.